UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSO BAILEY,<br><br>        Plaintiff,<br>    vs.<br><br>D. HOLLISTER, et al.,<br><br>        Defendants. | CASE NO. 07cv1143 JM (NLS)<br><br>**ORDER TAKING MOTION TO DISMISS (DOC. NO. 23) UNDER SUBMISSION** |

Defendants Lansdowne, Hollister, and the City of San Diego move to dismiss Plaintiff's First Amended Complaint or, in the alternative, for a more definitive statement. This motion (Doc. no. 23), currently on calendar for March 21, 2008, has been taken under submission and no oral argument will be held.

**IT IS SO ORDERED.**

**DATED: March 17, 2008**

　　　　　　　　　　　　　　　　　　　　　　　　　　　
Hon. Jeffrey T. Miller
United States District Judge

cc:        All parties

- 1 -                                07cv1143