# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSO BAILEY,<br><br>　　　　　Plaintiff,<br>vs.<br><br>D. HOLLISTER, et al.,<br><br>　　　　　Defendants. | CASE NO. 07cv1143 JM (NLS)<br><br>**ORDER GRANTING MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEF** |

Defendants Hollister and the City of San Diego move for leave to file a supplemental brief in support of their motion for summary judgment. (Doc. no. 49.) They attach the proposed supplemental brief as Exhibit A. For good cause shown, the court hereby **GRANTS** the motion and **ORDERS** the Clerk of Court to file the supplemental brief attached as Exhibit A.

**IT IS SO ORDERED.**

**DATED: August 12, 2008**

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　**Hon. Jeffrey T. Miller
　　　　　　　　　　　　　　　　　　　　United States District Judge**

cc:　　　All parties

- 1 -　　　　　　　　　　　　　　　　07cv1143