# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| RUSSO BAILEY, | CASE NO. 07cv1143 JM (NLS) |
|---|---|
| Plaintiff, | **ORDER DEEMING MOTION FOR SUMMARY JUDGMENT WITHDRAWN AND VACATING HEARING** |
| vs. | |
| D. HOLLISTER, et al., | |
| Defendants. | |

On July 31, 2008, Defendants D. Hollister and the City of San Diego moved for summary judgment on all claims contained in Plaintiff's First Amended Complaint ("FAC"). The motion hearing is currently scheduled for September 12, 2008. On August 12, 2008, the court dismissed the FAC without prejudice and with leave to amend. (Doc. no. 50.) Plaintiff filed a Second Amended Complaint ("SAC") on August 27, 2008, nunc pro tunc to August 26, 2008. Because the FAC is no longer the operative pleading, the court hereby **DEEMS** the motion for summary judgment withdrawn and **VACATES** the hearing. This order operates without prejudice to the filing of a motion to dismiss or motion for summary judgment predicated upon the SAC.

**IT IS SO ORDERED.**

DATED: August 28, 2008

_____
Hon. Jeffrey T. Miller
United States District Judge