**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RUSSO BAILEY,<br><br>    Plaintiff,<br><br>v.<br><br>D. HOLLISTER ID NO. 3662, WILLIAM LANSDOWNE, RUDY RESCH, STAR TOWING, GEORGE VALUERDE, SAN DIEGO COUNTY SHERIFF DEPUTY NO. 1373, WILLIAM KOLENDER, 5 UNKNOWN POLICE AND SHERIFF DEPUTIES,<br><br>    Defendants. | Civil No.07cv1143 JM (NLS)<br><br>**ORDER GRANTING EX PARTE APPLICATION TO AMEND SCHEDULING ORDER AND VACATING ALL PRETRIAL DATES**<br><br>[Doc. No. 70] |

The County Defendants filed a motion to amend the scheduling order to continue all pending pretrial dates. For good cause shown in the application, including the potentially dispositive motions currently pending before Judge Miller, the Court **GRANTS** the application. The Court **VACATES** all pretrial dates in this matter, including the Mandatory Settlement Conference set for October 16, 2008, the Pretrial Conference set for December 5, 2008 and the Trial scheduled for January 5, 2009.

Defendants' counsel shall contact Judge Stormes' chambers within three days of Judge Miller's rulings on the motions to set a date for a Case Management Conference for any remaining claims.

**IT IS SO ORDERED.**

DATED: October 10, 2008

_____
Hon. Nita L. Stormes
U.S. Magistrate Judge